10095.    ARNOLD *v.* MITCHELL.

BLOODWORTH, J. 1. The grounds of the motion for a new trial that the court erred in allowing in evidence certain documentary evidence can not be considered, since the evidence referred to is not set forth either literally or in substance in the motion or in an exhibit thereto. *Walton* v. *Busby,* 147 *Ga.* 487 (94 S. E. 562); *Willbanks* v. *Byrd-Matthews Lumber Co.,* 146 *Ga.* 750 (3) (92 S. E. 281); *Bank of Norwood* v. *Chapman,* 19 *Ga. App.* 709 (3) (92 S. E. 225).

2. The evidence authorized the verdict, and the judgment is

*Affirmed. Broyles, P. J., and Stephens, J., concur.*

DECIDED APRIL 22, 1919.

Trover; from city court of Zebulon—Judge Dupree. August 31, 1918.

*James R. Davis,* for plaintiff in error. *James M. Smith,* contra.